IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO: 3:05cr16/LAC

WILLARD D. KITTLE
_____/

MOTION FOR ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Northern District of Florida hereby moves to dismiss the Indictment in the above case against Willard D. Kittle.

The incident giving rise to the charges occurred at the West Gate on the Blue Angel Parkway, Naval Air Station, Pensacola, Florida.  The undersigned, in the preparation for trial, requested the paperwork which would confirm the jurisdiction of the United States to prosecute this matter.  The undersigned has been informed that the West Gate on the Blue Angel Parkway, Naval Air Station, Pensacola, Florida, is within the proprietary jurisdiction of the United States.  Title 18, United States Code, Section 7 does not reach lands held under the proprietary jurisdiction of the United States.

WHEREFORE, the United States requests this Court to dismiss the indictment in this case.

                                            Respectfully Submitted,

                                            GREGORY R. MILLER
                                            UNITED STATES ATTORNEY

                                            STEPHEN P. PREISSER
                                            Assistant U.S. Attorney
                                            Florida Bar No. 303712
                                            21 East Garden Street, Suite 400
                                            Pensacola, Florida 32502-5676
                                            (850) 444-4000

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing motion has been electronically mailed to Assistant Federal Public Defender Charles Lammers on this the 7th day of March, 2005.

                                            STEPHEN P. PREISSER
                                            Assistant U.S. Attorney